UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES BENEDICT STOCKHOLD,

                Petitioner,

   v.

MAGGIE MILLER-STOUT,

                Respondent.

No. C10-5595 RBL/KLS

ORDER DIRECTING SUBSTITUTION OF RESPONDENT

Mr. Stockhold has filed a petition for writ of habeas corpus naming Maggie Miller-Stout as Respondent. Dkt. 1. Mr. Stockhold's custodian for purposes of his habeas corpus petition challenging the execution of his Washington state sentence, is the warden/superintendent of the prison where he is currently confined. See, e.g., *Brittingham v. United States*, 982 F.2d 378 (9th Cir. 1992); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). According to his petition, Mr. Stockhold is currently confined at the Monroe Correctional Complex – Twin Rivers Unit in Monroe, Washington. The warden of MCC is Scott Frakes.

Accordingly, **the Clerk of Court is directed to substitute Scott Frakes**, the Superintendent of the Monroe Correctional Complex, as the Respondent in this action.

ORDER - 1

1 | The Clerk shall send copies of this Order to Petitioner.

DATED this   30th   day of August, 2010.

                                              Karen L. Strombom
                                              United States Magistrate Judge

ORDER  - 2