UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES B. STOCKHOLD,

        Petitioner,

v.

SCOTT FRAKES,

        Respondent.

NO. C10-5595 RBL/KLS

ORDER GRANTING EXTENSION OF TIME TO FILE STATE PETITION

By Order dated November 8, 2010, this matter was stayed pending resolution of Petitioner's state court proceedings. ECF No. 29. Petitioner requested that he be given 90 days within which to file his state petition because he had not yet received all his relevant legal materials from the Department of Corrections following his transfer to a new facility on July 26, 2010. ECF No. 28, p. 2.

On February 3, 2011, Petitioner telephoned the office of the Federal Public Defender to advise that he is not able to meet the court's 90 day deadline, which is Monday, February 7, 2011, because the Monroe Correctional Complex (MCC) in Monroe, Washington is currently in lock-down status and he cannot access his papers. The court is aware that MCC is currently in lock-down status during the investigation of the murder of a correctional officer.

Accordingly, it is **ORDERED:**

(1) Petitioner shall file his state petition within fourteen (14) days after MCC is no longer in lock-down status.

ORDER      1

(2) The Clerk shall send a copy of this order to Petitioner and to counsel for Respondent.

DATED this  3rd  day of February, 2011.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge

ORDER - 2