UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES B. STOCKHOLD,<br><br>    Petitioner,<br><br> v.<br><br>SCOTT FRAKES,<br><br>    Respondent. | NO. C10-5595 RBL/KLS<br><br>ORDER DENYING AS MOOT MOTION FOR ENLARGEMENT OF TIME |

Before the court is Petitioner's motion for enlargement of time. ECF No. 32. On February 3, 2011, the court granted Petitioner an extension of time to file his state petition based on the lock-down status of the Monroe Correctional Complex (MCC) and Petitioner's inability to access his papers. ECF No. 30. The extension was based on Petitioner's telephone call to the office of the Federal Public Defender. *Id.* The Petitioner is now required to file his state petition within 14 days after MCC is no longer under lock-down status.

According, it is **ORDERED**:

1) Petitioner's motion for enlargement of time (ECF No. 32) is **DENIED as moot**;

2) The Clerk of the Court is directed to send copies of this Order to Plaintiff.

DATED this  15th  day of February, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1