UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES BENEDICT STOCKHOLD,

    Petitioner,

v.

SCOTT FRAKES,

    Respondent.

NO. C10-5595 RBL/KLS

ORDER DIRECTING STATUS REPORT

By Order dated November 8, 2010, this habeas proceeding was stayed pending resolution of Petitioner's state court proceedings. ECF No. 29. Petitioner was ordered to file his amended habeas petition within thirty (30) days of receiving a final state court ruling. *Id.*

Accordingly, it is **ORDERED:**

(1) The parties shall provide the Court with a report regarding the status of Petitioner's state court proceedings **on or before April 6, 2012.**

(2) The Clerk shall send a copy of this Order to Petitioner and counsel for Respondent.

**DATED** this  14th day of March, 2012.

                Karen L. Strombom
                United States Magistrate Judge

ORDER - 1