UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES BENEDICT STOCKHOLD,

    Petitioner,

v.

SCOTT FRAKES,

    Respondent.

NO. C10-5595 RBL/KLS

ORDER DIRECTING PETITIONER TO FILE STATUS REPORT

By Order dated November 8, 2010, this habeas proceeding was stayed pending resolution of Petitioner James Benedict Stockhold's state court proceedings. ECF No. 29. Petitioner was ordered to file his amended habeas petition within thirty (30) days of receiving a final state court ruling. *Id.*

On December 13, 2012, Respondent provided the Court with a status report. ECF No. 40. The state court dockets provided by Respondent indicate that Mr. Stockhold's personal restraint petition was dismissed by the Washington Court of Appeals on June 18, 2012. *Id.*, ECF No. 40-1, p. 2 (Case No. 41942-4-II). Mr. Stockhold filed a motion for extension of time to file a motion for discretionary review and the Washington Supreme Court denied the motion and set a deadline of December 28, 2012 for the filing of a motion for extension of time to file a late motion to modify that ruling. *Id.*, ECF No. 40-1, p. 9 (Case No. 876461).

Accordingly, it is **ORDERED:**

(1) Mr. Stockhold shall provide the Court with a report regarding the status of his state court proceedings **on or before March 15, 2013.**

ORDER - 1

(2) The Clerk shall send a copy of this Order to Petitioner and counsel for Respondent.

**DATED** this 27th day of February, 2013.

Karen L. Strombom
United States Magistrate Judge