UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES BENEDICT STOCKHOLD,<br><br>            Petitioner,<br><br>    v.<br><br>SCOTT FRAKES,<br><br>            Respondent. | NO. C10-5595 RBL/KLS<br><br>ORDER DIRECTING RESPONDENT TO FILE STATUS REPORT |

By Order dated November 8, 2010, this habeas proceeding was stayed pending resolution of Petitioner James Benedict Stockhold's state court proceedings. ECF No. 29. Petitioner was ordered to file his amended habeas petition within thirty (30) days of receiving a final state court ruling. *Id.*

On December 13, 2012, Respondent provided the Court with a status report. ECF No. 40. The state court dockets provided by Respondent indicate that Mr. Stockhold's personal restraint petition was dismissed by the Washington Court of Appeals on June 18, 2012. *Id.*, ECF No. 40-1, p. 2 (Case No. 41942-4-II). Mr. Stockhold filed a motion for extension of time to file a motion for discretionary review and the Washington Supreme Court denied the motion and set a deadline of December 28, 2012 for the filing of a motion for extension of time to file a late motion to modify that ruling. *Id.*, ECF No. 40-1, p. 9 (Case No. 876461).

On February 27, 2013, the Court ordered Petitioner to provide a report regarding the status of his state court proceedings. ECF No. 41. The Court's Order, mailed to Petitioner at two separate addresses, has been returned as undeliverable. ECF Nos. 42 and 43.

ORDER - 1

Accordingly, it is **ORDERED:**

(1)     Respondent is directed to provide the Court with a report regarding the status of Petitioner's state court proceedings and stay of this matter **on or before May 10, 2013.**

(2)     The Clerk is directed to send a copy of this Order to Respondent and to Petitioner at: (1)  844 Crown Drive, Everett, Washington 98208 and (2) 13571 Silver Ln., Mt. Vernon, Washington 98273.  **Petitioner is reminded of his duty to keep this Court advised of his present address.**

**DATED** this 22nd day of April, 2013.

Karen L. Strombom
United States Magistrate Judge